# Court of Appeals
# of the State of Georgia

ATLANTA, October 15, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0830. ENGLISH et al. v. THE STATE.**

Upon consideration of the Appellants' motions to withdraw their appeals in the above styled case, it is ordered that these motions are hereby GRANTED. As every Appellant has now withdrawn his or her appeal, jurisdiction is released back to the trial court upon receipt of this order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/15/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*